UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Allisah Love, | ) | |
| | ) | |
| | ) | No. 09 C 3631 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| City of Chicago, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

Status and motion hearing held. Plaintiff's motion to issue summons [240] is granted in part and denied in part as unnecessary. The motion is granted as to the unserved Defendants. The Clerk shall issue summons to Defendants United Road Services, Inc., Terrance Fahey, James Murray, Martin Anderson, Glen Lanier, Jr., Mr. Caddigan, Mr. Woods, Ms. Urbon and Mr. Robinson. Plaintiff shall obtain USM-285 service forms from the Marshals Service or the Clerk's Office, and then provide them to the Marshals Service. The already-served Defendants shall answer or respond by 06/05/2014. Counsel for the served Defendants stated that Defendants will be filing a motion to dismiss. The motion to dismiss is due by 06/05/2014, brief not to exceed 25 pages. Plaintiff's response to the motion to dismiss is due by 08/04/2014, brief not to exceed 25 pages. Defendants' reply is due by 08/18/2014. Defendants' current motion to dismiss [242] is terminated as moot. Plaintiff's motion for Rule 55 default judgment [245] is denied for the reasons stated in open court. With regard to Defendant "Sergeant Sutter," defense counsel explained that the Star Number does not match a "Sutter." Defense counsel shall file a status report on service of process, attaching a CPD record that shows the identity of the person with the Star Number in the second amended complaint. Counsel may redact personal information, such as SSN, date of birth, address, and so on. The filing is due by 06/02/2014. Fact discovery deadline of 08/08/2014 is extended to 11/03/2014. Status hearing set for 06/26/2014 at 10:00 a.m.

ENTERED:


s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: May 22, 2014
0:30